◾ Freya Marone et al., Respondents, v Charles M. Kally et al., Appellants, et al., Defendant. [30 NYS3d 569]—In an ac-

tion, inter alia, pursuant to RPAPL article 15 to compel the determination of claims to certain real property, the defendants Charles M. Kally and Mimi M. Kally appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Strauss, J.), dated August 25, 2014, as granted that branch of the plaintiffs' motion which was to reform the subject deeds to reflect the metes and bounds description contained in the first cause of action of the complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendants Charles M. Kally and Mimi M. Kally (hereinafter together the defendants) contend that the Supreme Court erred in granting that branch of the plaintiffs' motion which was to reform the deeds pertaining to the parcels of real property at issue in this action to reflect the metes and bounds description contained in the first cause of action of the complaint. The defendants argue that such relief was precluded by this Court's determination on a prior appeal in this matter (*see Marone v Kally*, 109 AD3d 880 [2013]). The defendants' contention is without merit.

The defendants' remaining contention is not properly before this Court. Hall, J.P., Cohen, Miller and Barros, JJ., concur.